No. 03–5643. KNIGHT EL v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–5645. BARRAZA v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5646. HUBBARD v. CAMPBELL, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–5651. HARDY v. HARDY. Sup. Ct. Colo. Certiorari denied.

No. 03–5652. RUDOLPH v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–5653. BOGOVICH v. CAREY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5655. MUHAMMAD v. MILLER. C. A. 9th Cir. Certiorari denied.

No. 03–5659. BOUFFORD v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–5660. LEE-BEY v. STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–5665. WINFIELD v. KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 03–5668. TAYLOR v. MCMASTER, ATTORNEY GENERAL OF SOUTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–5669. ANDREWS v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY. C. A. 9th Cir. Certiorari denied.

No. 03–5673. PARKER v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.